UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HECTOR DIAZ,<br><br>    Defendant. | Case No.: ED18-TK-6742-KK<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)     The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the violation petition and report(s)

    (X)    the defendant's nonobjection to detention at this time

    ( )     other:

1

1       and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the safety of any
4       other person or the community if released under 18 U.S.C. § 3142(b) or (c).
5       This finding is based on the following:
6           (X)   information in the Pretrial Services Report and Recommendation
7           (X)   information in the violation petition and report(s)
8           (X)   the defendant's nonobjection to detention at this time
9           ( )   other:

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13

14 Dated: October 28, 2020                      _____
15                                             KENLY KIYA KATO
                                            United States Magistrate Judge